| | |
|---|---|
| 1 | TUCKER ELLIS & WEST LLP |
| 2 | MICHAEL C. ZELLERS-STATE BAR NO. 146904<br>MOLLIE BENEDICT-STATE BAR NO. 187084 |
| 3 | AGGIE B. LEE-STATE BAR NO. 228332<br>515 South Flower Street |
| 4 | Forty-Second Floor<br>Los Angeles, CA 90071-2223 |
| 5 | Telephone: (213) 430-3400<br>Facsimile: (213) 430-3409 |
| 6 | michael.zellers@tuckerellis.com<br>mollie.benedict@tuckerellis.com |
| 7 | aggie.lee@tuckerellis.com |
| 8 | Attorneys for Defendant<br>BRACCO DIAGNOSTICS INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORELLENE SEABOLD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER HEALTHCARE LLC; GENERAL ELECTRIC COMPANY; GE HEALTHCARE, INC.; COVIDIEN, INC.; MALLINCKRODT, INC.; and BRACCO DIAGNOSTICS, INC.,<br><br>　　　　Defendants.<br>_____ | Case No. CV-08-1367 EMC<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC. TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD** ; ORDER |

---

STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC.
TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
CV-08-1367 EMC

LAimanage/11255/00007/606307/1

1  Plaintiff Orellene Seabold and defendant Bracco Diagnostics Inc. by and
2  through their respective counsel, hereby stipulate as follows:
3  The time for Bracco Diagnostics Inc. to move or plead to Plaintiff's
4  Complaint shall be extended to May 1, 2008.  Plaintiff's counsel authorized the
5  stipulation to extend Bracco Diagnostic Inc.'s time to move or plead via email
6  dated March 20, 2008.

7
8  DATED:  MARCH 31, 2008          TUCKER ELLIS & WEST LLP
9
10
11                                                     By:      /s/ Aggie B. Lee
                                                                Aggie B. Lee
12                                                              Attorneys for Defendant
                                                                BRACCO DIAGNOSTICS INC.
13
14
15  DATED:  MARCH 31, 2008          LEVIN SIMES KAISER & GORNICK LLP
16
17
18                                                     By:      /s/ Lawrence J. Gornick
                                                                Lawrence J. Gornick
19                                                              Attorneys for Plaintiff
                                                                ORELLENE SEABOLD
20
21  IT IS SO ORDERED:
22
23
24  _____
    Edward M. Chen
25  U.S. Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (stamp, United States District Court, Northern District of California)

26
27
28
                                          2.
    STIPULATION OF PLAINTIFF AND DEFENDANT BRACCO DIAGNOSTICS INC.
              TO EXTEND DEFENDANT'S TIME TO MOVE OR PLEAD
                           CV-08-1367 EMC

LAimanage/11255/00007/606307/1